JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHAZZ ANDRE JACKSON, Petitioner, v. CHRISTIAN PFEIFFER, Respondent. | No. SA CV 19-01384-DMG (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

DATED: November 30, 2021

_____
DOLLY M. GEE
United States District Judge